# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 28, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

138730 & (20)

PEOPLE OF THE STATE OF MICHIGAN,
            Plaintiff-Appellee,

v                                                         SC: 138730
                                                          COA: 288535
                                                          Wayne CC: 04-007893
TERI BERNARD TWILLEY,
            Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the March 16, 2009 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The motion to remand is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 28, 2009

_____
Clerk

d0921